AUSA Srinivasan

# United States District Court

For the Western District of Texas
Austin Division

**FILED**

March 19, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **klw**

DEPUTY

| | |
|---|---|
| United States of America, | § |
| | § |
| v. | § |
| | § |
| **Edel Yovanne Martinez-Casarez** | § |
| **Aka: Edel Yovane Martinez, Edel** | § |
| **Martinez Casarez, Edel Yovanne** | § |
| **Martinez Casarez, Edil Martinez, Edil** | |
| **Jovane Martinez, Edil Yovane Martinez,** | |
| **Edil Yovani Martinez** | |

Case Number:   1:25-mj-311

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **December 5**, **2021**, in the county of **Williamson**, in the Western District of Texas, the defendant, **Edel Yovanne Martinez-Casarez**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **December 5, 2021**, the defendant, an alien, was found in the Williamson County Jail, in Georgetown, Texas, within the Western District of Texas**.** A deportation officer identified the defendant, and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Honduras** on or about **November 6**, **2004**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (A. Rossy)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me
pursuant to Fed. R. Crim P. 4.1 and 4(d)

**March 19, 2025,**
_____     at
Date

**Susan Hightower**
**United States Magistrate Judge**
_____
Name & Title of Judicial Officer

Austin, Texas
_____
City and State

_____
Signature of Judicial Officer